UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | No. 2:18-cv-02218-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff Barry Louis Lamon, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2019, the magistrate judge screened Plaintiff's First Amended Complaint (ECF No. 19) under 28 U.S.C. § 1915A(a) and dismissed the complaint, without prejudice, for failure to comply with Federal Rule of Civil Procedure 8(a)(2). (ECF No. 20.) Plaintiff was directed to file an amended complaint within thirty (30) days of the magistrate judge's order. (*Id*.) Instead, on October 18, 2019, Plaintiff submitted a filing titled "Plaintiff's Objections to the Order of the Magistrate Judge Date September 30, 2019 (ECF No. 20) and Request for Clarification" (ECF No. 22), which the Court construes as a motion for reconsideration of the magistrate judge's screening order.

///

Pursuant to Eastern District Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *See also* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration (ECF No. 22), the order of the magistrate judge, filed September 30, 2019 (ECF No. 20), is AFFIRMED.

2. Plaintiff shall comply with the September 30, 2019 order (ECF No. 20) and file a second amended complaint within twenty-one (21) days from the date of this Order. Failure to file a second amended complaint in accordance with the September 30, 2019 order may result in dismissal of this action.

IT IS SO ORDERED.

Dated: October 29, 2019

Troy L. Nunley
United States District Judge