UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | No. 2:18-cv-2218 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that the court make certain orders with respect to the return of property following his transfer to Mule Creek State Prison. At this point, the only matter pending in this action is the court's recommendation that this action be dismissed for plaintiff's failure to follow court orders. Plaintiff has been granted until April 1, 2020 to file objections to the court's recommendation. In response to plaintiff's motion, however, the court will grant plaintiff an extension of time to file objections. Plaintiff has not shown that any further orders are necessary right now to enable plaintiff to file any good faith objections.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "motion for court assistance in obtaining case records" (ECF No. 40) is denied.

/////

/////

1

2. Plaintiff is granted until May 1, 2020 to file objections to the court's February 21, 2020 findings and recommendations.

Dated: March 26, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lamo2218.lp